UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
TANYA GIULIANO,
          Plaintiff,

v.

BJ'S WHOLESALE CLUB, INC. and BJ'S
WHOLESALE CLUB HOLDINGS, INC.,
          Defendants.
--------------------------------------------------------------x

**ORDER**

21 CV 4909 (VB)

      The Court conducted a pre-motion conference today, at which counsel for the parties appeared. Counsel discussed defendants' anticipated summary judgment motion, as well their interest in participating in a settlement conference before Magistrate Judge Andrew E. Krause.

      Accordingly, it is hereby ORDERED:

1. By August 1, 2022, defense counsel shall advise the Court in writing whether defendants are prepared to meaningfully participate in a settlement conference before Magistrate Judge Krause. If defendants are willing to meaningfully participate, the Court will refer the parties to Magistrate Judge Krause for a settlement conference.

2. By October 18, 2022, defense counsel shall file either defendants' summary judgment motion, or a letter stating that defendants no longer plan to file the summary judgment motion. If defendants file their summary judgment motion, plaintiff's opposition is due November 18, 2022. Defendants' reply, if any, is due December 2, 2022.

Dated: July 18, 2022
      White Plains, NY

                                  SO ORDERED:

                                  Vincent L. Briccetti
                                  United States District Judge