```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
   TANYA GIULIANO,                              :
                       Plaintiff,               :
                                                :         ORDER
v.                                              :
                                                :         21 CV 4909 (VB)
   BJ'S WHOLESALE CLUB, INC., and BJ'S          :
   WHOLESALE CLUB HOLDINGS, INC.,               :
                       Defendants.              :
--------------------------------------------------------------x
```

12/14/22

As discussed at a conference held today and attended by counsel for all parties, it is hereby ORDERED:

1. By **January 31, 2023**, the parties shall submit to the Court for its approval a Joint Pretrial Order, which shall comply with both Fed. R. Civ. P. 26(a)(3) and Paragraph 4.A of the Court's Individual Practices.

2. By **February 21, 2023**, the parties shall file proposed voir dire questions, joint proposed jury instructions, and a joint verdict form, as well as any motions in limine. (See Paragraph 4.B of the Court's Individual Practices). The parties' joint proposed jury instructions shall consist of a single document, noting any areas of disagreement between the parties. The proposed instructions should include both the text of any requested instruction as well as a citation, if available, to the authority from which it derives. The proposed instructions and verdict form should also be submitted by email to Chambers in Word format.

3. Oppositions to motions in limine, if any, are due **February 28, 2023**. No replies will be permitted absent prior Court approval.

4. A final pre-trial conference is scheduled for **March 14, 2023, at 3:00 p.m.**, to be conducted in person at the White Plains Courthouse, Courtroom 620.

5.  Jury selection and trial are scheduled to begin on **March 20, 2023, at 9:30 a.m**.

Dated: December 14, 2022
White Plains, NY

SO ORDERED:

*Vincent Briccetti*
Vincent L. Briccetti
United States District Judge