UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
TANYA GIULIANO,
          Plaintiff,

v.

BJ'S WHOLESALE CLUB, INC., and BJ'S
WHOLESALE CLUB HOLDINGS, INC,
          Defendants.
-----------------------------------------------------------x

**ORDER OF DISMISSAL**

21 CV 4909 (VB)

The Court has been advised that the parties have settled this case. (Doc. #42). Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than April 17, 2023. To be clear, any application to restore the action must be filed by April 17, 2023, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

All other deadlines and scheduled court appearances are cancelled, and any pending motions are moot. To be clear, the final pretrial conference scheduled for March 20, 2023, and the jury selection and trial scheduled to commence on March 20, 2023, are CANCELLED.

The Clerk is instructed to close this case.

Dated: March 17, 2023
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge